**DISMISS and Opinion Filed October 16, 2024**



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00909-CV**

**DAVID EBRAHIMZADEH, Appellant**
**V.**
**HOWARD KOLLINGER, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-24-04323**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Garcia

Stating the parties have settled, appellant has filed a motion to dismiss the

appeal. *See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal.

*See id.*

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

240909F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAVID EBRAHIMZADEH,
Appellant

No. 05-24-00909-CV      V.

HOWARD KOLLINGER, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-24-04323.
Opinion delivered by Justice Garcia,
Justices Pedersen, III and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee Howard Kollinger recover his costs, if any, of this appeal from appellant David Ebrahimzadeh.

Judgment entered October 16, 2024